```
                    UNITED STATES DISTRICT COURT

                    CENTRAL DISTRICT OF CALIFORNIA
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 18 2013
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Ohanes Hamparsoum Haladjian,<br><br>    Defendant. | Case No.: SA CR 12-172-CJC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

    The defendant having been arrested pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his/her release pending sentencing; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   [X]   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _circumstances of emergency-warrant application,_

1  in that he apparently possessed [bought] one-way ticket to Jordan, apparently
2  has procured another passport, extensive ties to Jordan,
3  appears to have violated several conditions of release.
   Some indication this was planned, by getting ankle bracelet removed.
4  and/or

5  B.   ( )   The defendant has not met his/her burden of establishing by
6       clear and convincing evidence that he/she is not likely to pose
7       a danger to the safety of any other person or the community if
8       released under 18 U.S.C. § 3142(b) or (c). This finding is based
9       on:_____
10     _____
11     _____
12     _____
13

14      IT THEREFORE IS ORDERED that the defendant be detained pending
15 sentencing.

16

17 Dated:   6/18/13                         _____
                                            JEAN ROSENBLUTH
18                                          U.S. MAGISTRATE JUDGE